IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-618-GCM

| | |
|---|---|
| **CINEBARRE, LLC,** )<br>      **Plaintiff,** )<br>  v. )<br>)<br>**MOVIE GRILL CONCEPTS XV, LLC,** )<br>      **Defendant.** )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Wendy Ann Duprey,** filed May 18, 2014 [doc.# 10].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Duprey is admitted to appear before this court *pro hac vice* on behalf of defendant, Movie Grill Concepts XV, LLC.

**IT IS SO ORDERED.**

Signed: May 22, 2014

Graham C. Mullen
United States District Judge