AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __NORTH CAROLINA__

CHARLOTTE DIVISION

| | |
|---|---|
| CINEBARRE, LLC, | **CONSENT ORDER GRANTING** |
| Plaintiff(s), | **SUBSTITUTION OF ATTORNEY** |
| V. | |
| MOVIE GRILL CONCEPTS XV, et al. | CASE NUMBER: 3:13-cv-00618 |
| Defendant(s), | |

Notice is hereby given that, subject to approval by the court, __CINEBARRE, LLC / PLAINTIFF__ substitutes
(Party(s) Name)

__Allan W. Singer__, State Bar No. __4010__ as counsel of record in
(Name of New Attorney)

place of __Seth Lee Hudson and Daniel Merritt Bradley (Appearing *Pro Hac Vice*)__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | McNair Law Firm, P.A. |
| Address: | 301 South Tryon Street, Suite 1615, Charlotte, NC 28282 |
| Telephone: | 704-347-1170     Facsimile 704-347-4467 |
| E-Mail (Optional): | asinger@mcnair.net |

I consent to the above substitution.

Date: May 11, 2015

Jeff Martens

(Signature of Party(s))

I consent to being substituted.

Date: May 11, 2015

s/ Seth Lee Hudson
s/ Daniel Merritt Bradley
(Signature of Former Attorney(s))

I consent to the above substitution.

Date: May 11, 2015

s/ Allan W. Singer
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 13 May 2015

Graham C. Mullen
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]