AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

WESTERN **District of** NORTH CAROLINA

CHARLOTTE DIVISION

CINEBARRE, LLC,

    Plaintiff(s),

V.

MOVIE GRILL CONCEPTS XV, et al.

    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:13-cv-00618

Notice is hereby given that, subject to approval by the court, **CINEBARRE, LLC / PLAINTIFF** substitutes
(Party (s) Name)

**Douglas W. Kim**, State Bar No. **NC Bar # 26253** as counsel of record in
(Name of New Attorney)

place of **Seth Lee Hudson and Daniel Merritt Bradley (Appearing *Pro Hac Vice*)**.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | McNair Law Firm, P.A. |
| Address: | Pointsett Plaza, 104 South Main St., Suite 700, Greenville, SC 29601 |
| Telephone: | 864-271-4940    Facsimile 864-271-4015 |
| E-Mail (Optional): | dkim@mcnair.net |

I consent to the above substitution.

Date: May 11, 2015.

Jeff Martens

(Signature of Party (s))

I consent to being substituted.

Date: May 11, 2015.

s/ Seth Lee Hudson

s/ Daniel Merritt Bradley

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 11, 2015.

s/ Douglas W. Kim

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 13 May 2015

Graham C. Mullen

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**