# UNITED STATES DISTRICT COURT

WESTERN **District of** NORTH CAROLINA

CHARLOTTE DIVISION

| | |
|---|---|
| CINEBARRE, LLC, <br> Plaintiff(s), <br> V. <br> MOVIE GRILL CONCEPTS XV, et al. <br> Defendant(s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** <br><br> CASE NUMBER: 3:13-cv-00618 |

Notice is hereby given that, subject to approval by the court, __CINEBARRE, LLC / PLAINTIFF__ substitutes
(Party (s) Name)

__Russ A. Brinson__, State Bar No. __26070__ as counsel of record in
(Name of New Attorney)

place of __Seth Lee Hudson and Daniel Merritt Bradley (Appearing *Pro Hac Vice*)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | McNair Law Firm, P.A. |
| Address: | 301 South Tryon Street, Suite 1615, Charlotte, NC 28282 |
| Telephone: | 704-347-1170      Facsimile 704-347-4467 |
| E-Mail (Optional): | rbrinson@mcnair.net |

I consent to the above substitution.

Date: May 11, 2015.

Jeff Martens
(Signature of Party (s))

I consent to being substituted.

Date: May 11, 2015.

s/ Seth Lee Hudson
s/ Daniel Merritt Bradley
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: May 11, 2015.

s/ Russ A. Brinson
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 13 May 2015

Graham C. Mullen
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**