IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-618-GCM

| | |
|---|---|
| **CINEBARRE, LLC,** ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| ) | |
| **MOVIE GRILL CONCEPTS XV, LLC,** ) | |
| *et al,* ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Scott R. Larson** filed May 23, 2016 [doc. # 41].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Larson is admitted to appear before this court *pro hac vice* on behalf of Defendants, Movie Grill Concepts XV, LLC, et al..

**IT IS SO ORDERED.**

Signed: May 25, 2016

Graham C. Mullen
United States District Judge