# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-CV-618-GCM

| | |
|---|---|
| **CINEBARRE, LLC,** | )<br>)<br>) |
| Plaintiff, | ) |
| v. | )     **ORDER** |
| | ) |
| **MOVIE GRILL CONCEPTS XV, LLC,** *et al,* | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **John Aron Carnahan** filed September 28, 2016 [doc. # 44].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Carnahan is admitted to appear before this court *pro hac vice* on behalf of Defendants, Movie Grill Concepts XV, LLC, et al..

**IT IS SO ORDERED.**

Signed: September 29, 2016

Graham C. Mullen
United States District Judge